THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALPHONSO LITTLEJOHN, Appellant.

Submitted June 27, 2005; decided September 13, 2005

Motion for reconsideration of this Court's June 14, 2005 dismissal order denied [*see* 5 NY3d 742]. Motion for poor person relief dismissed as academic.